The Honorable Judge Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD H. MILLER and JOAN WILLIAMS, DPM,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C16-1859 JLR<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>**Noted for consideration on:**<br>**March 21, 2017** |

## JOINT STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-referenced case should be DISMISSED with prejudice and without an award of costs or fees to any party.

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL
[Case No. C16-1859 JLR] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Dated this 21st day of March, 2017.

ANNETTE L. HAYES
United States Attorney

/s/ Brewster S. Rawls
Brewster S. Rawls, VA Bar #23604
RAWLS, McNELIS & MITCHELL, P.C.
211 Rocketts Way Suite. 100
Richmond, Virginia 23231
Phone: 360-876-5097
Email: brawls@rawlsmcnelis.com
Attorney for Plaintiffs

/s/ Lisca Borichewski
Lisca Borichewski, WSBA #24300
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2266
Email: lisca.borichewski@usdoj.gov
Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL
[Case No. C16-1859 JLR] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

## ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 21st day of March, 2017.

_____
JAMES L. ROBART
United States District Court Judge

STIPULATION AND ORDER OF DISMISSAL
[Case No. C16-1859 JLR] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970